470 A.2d 525

**COMMONWEALTH of Pennsylvania**

v.

**Henry CASTON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1984.

Decided Feb. 3, 1984.

David R. Eshelman, Reading, for appellant.

George C. Yatron, Dist. Atty., Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-
MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed, 310 Pa.Super. 602, 456 A.2d 1083.

LARSEN, J., dissents.